### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Andino, Jennifer R | Case Number:  07 B 12984 |
| | Judge:  Wedoff, Eugene R |
| Printed:  11/20/07 | Filed:  7/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  October 4, 2007

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 2. | WMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | WMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 6. | American General Finance | Secured | 535.00 | 0.00 |
| 7. | GMAC Mortgage Corporation | Secured | 2,000.00 | 0.00 |
| 8. | Washington Mutual Bank FA | Secured | 27,748.81 | 0.00 |
| 9. | Pep Boys | Unsecured | 47.57 | 0.00 |
| 10. | Target National Bank | Unsecured | 35.40 | 0.00 |
| 11. | American General Finance | Unsecured | 33.21 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 653.24 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 647.91 | 0.00 |
| 14. | Chase | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,701.14 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

10

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Andino, Jennifer R

Printed:  11/20/07

Case Number:  07 B 12984

Judge:  Wedoff, Eugene R

Filed:  7/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_